# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. BOSTIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:18-cv-00562 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF ) | MAGISTRATE JUDGE HOLMES |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 36), which was filed on February 21, 2019. In the Report and Recommendation, the Magistrate Judge finds that Plaintiff may not challenge his confinement, his criminal conviction, or the duration of his sentence in a Section 1983 action. The Magistrate Judge recommends the Court deny Plaintiff's Motion for Preliminary Injunctive Relief.

The Report and Recommendation advised the parties that any objections were to be filed within fourteen days of service, and no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the Motion for Preliminary Injunctive Relief (Doc. No. 36) is DENIED.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE